UNITED STATES of America,
Plaintiff–Appellee,

v.

George Ervin FOX, Jr., Defendant–
Appellant.

No. 00–40034.

United States Court of Appeals,
Fifth Circuit.

May 31, 2002.

David Haskell Henderson, Jr., Asst.
U.S. Atty., Beaumont, TX, for Plaintiff–
Appellee.

Bruce Wayne Cobb, Conley, Schexnaider & Associates, Beaumont, TX, for Defendant–Appellant.

ON REMAND FROM THE SU
PREME COURT OF THE UNITED
STATES

Before WIENER and STEWART,
Circuit Judges, and SMITH,* District
Judge.

BY THE COURT:

The Supreme Court of the United
States, by order in No. 01–805, *George
Ervin Fox v. United States,* —— U.S. ——,
122 S.Ct. 1602, 152 L.Ed.2d 617 (2002),
granted appellant's petition for a writ of
*certiorari,* vacated the judgment (conviction and sentence) in the case, and remanded it to us for further consideration
in light of *Ashcroft v. Free Speech Coalition,* 535 U.S. ——, 122 S.Ct. 1389, 152
L.Ed.2d 403 (2002).

IT IS ORDERED that the captioned
case be and it is hereby remanded to the
United States District Court for the Eastern District of Texas for further proceedings and disposition consistent with the
aforesaid order of the Supreme Court.